NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE MAINLINE CORPORATE HOLDINGS, LIMITED**

---

2011-1609
(Reexamination No. 90/010,191)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

# ORDER

Mainline Corporate Holdings, Limited moves without opposition for a 7-day extension of time, until March 21, 2012, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 1 6 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Michael N. Rader, Esq.
    Raymond T. Chen, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 6 2012

JAN HORBALY
CLERK